In the Matter of WALTER BUCKLEY, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.—

Present —
Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.